| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | Hearing Date: September 26, 2018<br>Time: 9:30 a.m. |

-----------------------------------------------------------------X

In Re:                                                                               Chapter 7

Karen Abrams Walczuk,                          Case No. 8-18-72540-reg

                             Debtor.                                  **NOTICE OF MOTION**
                                                                            **AVOIDING JUDGMENT LIENS**

-----------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the annexed application of Stuart P. Gelberg, attorney for Karen Abrams Walczuk, the Debtor herein, a motion will be made before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alfonse M. D'Amato US Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York, on September 26, 2018 at 9:30 a.m. or as soon thereafter as counsel may be heard for an Order, a copy of which Order is annexed hereto, pursuant to 11 U.S.C. §522(f) avoiding the judgment liens of Midland Funding LLC, FIA Card Services, N.A., Citibank South Dakota NA, Maidenbaum & Stern berg, LLP FKA Rosenfeld & Maidenbaum, LLP and Rosenfeld & Maidenbaum, LLP as impairing the Debtor's homestead exemption and for such other, further and different relief as may seem just and proper.

Dated:    Garden City, New York
            July 27, 2018

                                                                 /s/ Stuart P. Gelberg
                                                       STUART P. GELBERG, (SG 6986)
                                                       Attorney for the Debtor
                                                       600 Old Country Road, Suite 410
                                                       Garden City, New York 11530
                                                       (516) 228-4280

To:    U.S. Trustee
        Office of the U.S. Trustee
        Alfonse M. D'Amato U.S. Courthouse
        560 Federal Plaza
        Central Islip, NY 11722-4456

        Andrew M. Thaler, Esq.
        Chapter 7 Trustee
        Thaler Law Firm PLLC
        675 Old Country Road

Westbury, NY 11590
Attn: BMW Bank of North America Department
AIS Portfolio Services, LP
Account: XXXXXX5656
4515 N Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Shari S. Barak, Esq.
Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747

Midland Funding LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Cohen & Slamowitz, LLP
199 Crossways Park Drive
PO Box 9004
Woodbury, NY 11797-9004

FIA Card Services, N.A.
655 Papermill Road
Newark, Delaware 19711

Mullooly, Jeffrey, Rooney & Flynn, LLP
6851 Jericho Turnpike
P.O. Box 9036
Syosset, NY 11791-9036

Citibank South Dakota NA
701 E 60 Street N
Sioux Falls, SD 57117

Forster & Garbus LLP
60 Motor Parkway
Commack, NY 11725

Maidenbaum & Sternberg LLP
FKA Rosenfeld & Maidenbaum, LLP
132 Spruce Street
Cedarhurst, NY 11516

Rosenfeld & Maidenbaum, LLP
132 Spruce Street
Cedarhurst, NY 11516