UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:                                                    Chapter 7

Karen Abrams Walczuk,                                     Case No. 8-18-72540-reg

                Debtor.
-------------------------------------------------------------X

# ORDER AVOIDING THE JUDICIAL LIENS IN THIS CHAPTER 7 CASE

UPON the motion (the "Motion") of Karen Abrams Walczuk, ("Movant"), for entry of an order pursuant to 11 U.S.C. §522(f), avoiding the judicial liens listed below as a lien of record against the Debtor's real property located at 54 Warner Lane, Syosset, New York 11791 (the "Property"); and it appearing that notice of the Motion was good and sufficient; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that pursuant to 11 U.S.C. §522(f)(1)(A), the Motion is granted; and it is further

**ORDERED**, that upon the entry of a discharge order, the following judicial liens shall be vacated, expunged, and avoided as liens of record against the Property:

1. Midland Funding LLC v. Karen Walczuk, recorded with the Clerk of Nassau County, State of New York, on October 1, 2012 in the amount of $7,586.67;

2. FIA Card Services, N.A. v. Karen A. Walczuk, recorded with the Clerk of Nassau County, State of New York, on July 29, 2013 in the amount of $51,559.15;

3. Citibank South Dakota NA v. Karen Walczuk, recorded with the Clerk of Nassau County, State of New York, on September 21, 2012 in the amount of $7,994.86;

4. Maidenbaum & Sternberg LLP FKA Rosenfeld & Maidenbaum, LLP v. Karen Walczuk, recorded with the Clerk of Nassau County, State of New York, on December 24, 2014 in the amount of $8,195.68;

5. Rosenfeld & Maidenbaum, LLP v. Karen Walczuk, recorded with the Clerk of Nassau County, State of New York, on October 18, 2013 in the amount of $6,179.18; and it is further

**ORDERED**, that upon entry of a discharge Order, the Clerk of Nassau County shall be directed to index and record a certified copy of this Order as an instrument vacating, expunging and avoiding the aforementioned judicial liens as liens against the Debtor's real property located at 54 Warner Lane, Syosset, New York 11791.